

FILED

05/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0427

## IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0427

RISE MAY COOLEY,

    Co-Petitioner and Appellee,

VS.

HARVEY LYNN COOLEY,

    Co-Petitioner and Appellant.

FILED

MAY 0 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ORDER**

Upon examination of the Motion to Dismiss filed by the Appellant Harvey Lynn Cooley,

**IT IS ORDERED** that the appeal filed by the Appellant on the 27th day of August, 2020 is hereby DISMISSED.

Dated this 3rd day of May, 2021.

_____
Montana Supreme Court Justice